PER CURIAM.
Affirmed. See Williams v. State, 594 So.2d 273 (Fla.1992); Eastman v. State, 883 So.2d 889 (Fla. 2d DCA 2004); Lyell v. State, 872 So.2d 447 (Fla. 2d DCA 2004); Armstrong v. State, 846 So.2d 1227 (Fla. 2d DCA 2003); Robinson v. State, 818 So.2d 543 (Fla. 2d DCA 2002); Graddy v. State, 685 So.2d 1313 (Fla. 2d DCA 1996); Lee v. State, 648 So.2d 829 (Fla. 2d DCA 1995); Peeples v. State, 575 So.2d 316 (Fla. 2d DCA 1991); Cichoski v. State, 874 *1174 So.2d 695 (Fla. 4th DCA 2004); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
SALCINES, STRINGER, and SILBERMAN, JJ., Concur.